Submitted September 2, reversed October 26, 2016

In the Matter of P. D. M.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## P. D. M.,
*Appellant.*

### Marion County Circuit Court
### 16CC00924; A161461

383 P3d 984

Eric J. Deitrick and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Flynn, Judge, and DeHoog, Judge.

## PER CURIAM

Appellant in this civil commitment case appeals an order committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, as a result of a mental disorder, she is a danger to herself and others. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree and accept the state's concession. Accordingly, we do not address appellant's remaining assignment of error.

Reversed.